**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6515**

_____

WILLIAM G. FISHER,

Plaintiff - Appellant,

versus

NORTH CAROLINA PRISONER LEGAL SERVICES,
INCORPORATED; DAUNA BERTRAM; JAMES B. FRENCH;
CENTRAL PRISON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-97-1000-5-CT-F)

_____

Submitted: October 8, 1998          Decided: October 20, 1998

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

William G. Fisher, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's judgment dismissing his civil rights complaint filed under 42 U.S.C. § 1983 (1994) as frivolous under 28 U.S.C.A. § 1915(e) (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Appellant's motion seeking in forma pauperis status and affirm on the reasoning of the district court, Fisher v. North Carolina Prisoner Legal Servs., Inc., No. CA-97-1000-5-CT-F (E.D.N.C. Mar. 3, 1998), but modify the dismissal of his claim of medical indifference against prison authorities to be without prejudice. See 28 U.S.C. § 2106 (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2